# EXHIBIT A



Select Language
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information

| | | | | |
|---|---|---|---|---|
| Case Number: | CV2021-006475 | | Judge: | Kemp, Michael |
| File Date: | 4/16/2021 | | Location: | Downtown |
| Case Type: | Civil | | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Myrna De Jesus | Plaintiff | Female | Pro Per |
| Dignity Health Corporation | Defendant | | Lindsay Fiore |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 5/14/2021 | CAN - Credit Memo Appearance Fee Paid | 5/14/2021 | |
| **NOTE:** Credit Memo/Appearance Fee Paid | | | |
| 5/13/2021 | AFS - Affidavit Of Service | 5/19/2021 | |
| **NOTE:** DIGNITY HEALTH CORPORATION | | | |
| 5/12/2021 | NAR - Notice Of Appearance | 5/13/2021 | |
| **NOTE:** Notice of Appearance | | | |
| 4/16/2021 | COM - Complaint | 4/19/2021 | Plaintiff(1) |
| 4/16/2021 | CSH - Coversheet | 4/19/2021 | Plaintiff(1) |
| 4/16/2021 | ADW - Application Deferral/Waiver | 4/19/2021 | Plaintiff(1) |
| 4/16/2021 | ASA - Affidavit in Support of Application for Deferral or Waiver of Service Process Costs | 4/19/2021 | Plaintiff(1) |
| 4/16/2021 | ODF - Order Deferring Court Fees | 4/19/2021 | |
| 4/16/2021 | RRR - Req Restrict Release Address | 4/19/2021 | Plaintiff(1) |

## Case Calendar

**There are no calendar events on file**

## Judgments

**There are no judgments on file**

Person Filing: Myrna de Jesus _____
Address (if not protected): _____
City, State, Zip Code: _____
Telephone: 321-507-0971 _____
Email Address: s2madeje@alumni.vcu.edu _____
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

Myrna de Jesus _____

Case No.: CV 2021-006475

_____
Name of Plaintiff

And

Dignity Health Corporation dba St. Joseph's Hospital and
Medical Center
_____
Name of Defendant

**SUMMONS** If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

---

**WARNING: This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.**

---

**FROM THE STATE OF ARIZONA TO:** Dignity Health Corporation dba St. Joseph's Hospital and Medical Center
_____
Name of Defendant

1. **A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."***

2. **If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:**

   - **Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 *OR***

   - **Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 *OR***

   - **Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 *OR***

   - **Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.**

   **Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.**

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Case Number: _____

3.  If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served.  If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4.  You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    *   601 West Jackson, Phoenix, Arizona 85003
    *   18380 North 40th Street, Phoenix, Arizona 85032
    *   222 East Javelina Avenue, Mesa, Arizona 85210
    *   14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5.  Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6.  Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7.  Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

COPY

SIGNED AND SEALED this date

APR 1 6 2021

CLERK OF SUPERIOR COURT
CLERK OF THE SUPERIOR COURT
G. O'NEILL
DEPUTY CLERK

By_____
Deputy Clerk

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CV11f 031820

Person Filing: _____Myrna de Jesus_____

Address (if not protected):_____

City, State, Zip Code: _____

Telephone: ___321-507-0971_____

Email Address: _____

Representing [X] Self or [ ] Attorney for _____

Lawyer's Bar Number: _____

COPY

APR 1 6 2021

CLERK OF THE SUPERIOR COURT
B. OTER
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
## IN ___Maricopa_____ COUNTY

Myrna de Jesus_____

**Name of Plaintiff**

Case Number: CV 2021-006475

_____

**Title: CIVIL COMPLAINT**

Dignity Health Corporation *dba* St.
Joseph's Hospital and Medical Center_____

**Name of Defendant**

Slander and Defamation

_____

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1.  The Superior Court in _____Maricopa_____ County has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    [X]   The value of this case exceeds $10,000 dollars.

    [ ]   Replevin or other nonmonetary remedy will take place in _____ County.

    [X]   The Plaintiff resides in _____Maricopa_____ County.

    [ ]   The Defendant resides in _____ County.

    [X]   The Defendant does business in ____Maricopa_____ County.

Case Number: _____

[X]    The events, actions, or debts subject of this Complaint occurred in  Maricopa 
    County.

[ ]    Other reason: _____
_____

## DISCOVERY TIER

2.    Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

    [ ]    Tier 1 = Actions claiming $50,000 or less in damages.

    [ ]    Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

    OR    Actions claiming nonmonetary relief.

    [X]    Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3.    The Plaintiff in this case is:

    Myrna de Jesus
_____

_____

4.    The Defendant in this case is:

    Dignity Health Corporation *dba* St. Joseph's Hospital and Medical Center
_____

_____

## STATEMENT OF FACTS AND BREACH
### *COMPLAINT*

NOW COMES, Myrna de Jesus, by *pro se*, and files the within complaint:

5.    The plaintiff is Myrna de Jesus, an adult individual, residing in 1535 N. Scottsdale Rd #1026, Maricopa County, Tempe, Arizona.

Case Number: _____

_____

_____

6.    Defendant, Dignity Health Corporation, a municipal corporation formed under the laws of California and is a public body, whose state of corporation and principal place of business is 185 Berry Street, Suite 300, San Francisco, California, was present at the time of the incident in the scope of employment of the plaintiff for Unitedhealth Group.

_____

_____

7.    At all times as relevant to this complaint, the defendant was the owner and operator of St. Joseph's Hospital and Medical Center which its principal business is 350 Thomas W Rd., Maricopa County, Phoenix, Arizona.

_____

8.    As relevant to this complaint, the plaintiff was officially hired as a permanent employee by Unitedhealth Group as a Patient Coordinator but work as a Compliance/Registrar. The plaintiff started her work on April 15, 2020. The plaintiff reports on duty from 8:30 am to 5:00 pm, Monday to Friday, at St. Joseph's Hospital and Medical Center. As a Compliance/Registrar, the plaintiff does her assigned work based on the compliance log—a list of patients not completely registered, inpatient or outpatient--and has to use the hospital's computer called "WOW," aka Work-On-Wheels. The WOW machine consists of a computer desktop, a sign-in pad used for electronic signing, and a backup battery placed in the cart. The plaintiff's work involves in direct interaction with the patients who are not completely registered; where the patients are admitted either as direct/transfer, or via Emergency Department. The plaintiff was trained to obtain and verify the patient's demographics which includes, but not limited to, correct name, DOB, insurance, emergency contacts, and the signing of the documents electronically.

_____

9.    On March 1, 2021, approximately 10:30 am, the plaintiff was working on her normal duty when she was asked to meet with the manager, Sarah Hernandez, at her office. The plaintiff was told that the defendant's management made several verbal and written allegations against the plaintiff. The plaintiff was informed that the alleged obnoxious behavior was learned and

## STATEMENT OF FACTS AND BREACH

11. Defendant's conduct, as alleged in paragraph #9 and #10, constitute volitional slander, was blatantly offensive, harmful, and malicious;

12. Defendant's conduct, as alleged in paragraph #10, constitute defamation, was nefarious, venomous, polarizing, and sarcastic;

13. Defendant's act, as alleged in paragraph #10, were committed within the scope of its power, being the corporation that owns and operates St. Joseph Hospital and Medical Center; and,

14. By reasons of the defendant's evil and repulsive actions, as alleged in paragraph #10, caused the plaintiff's premature and immediate separation from work with Unitedhealth Group, as Unitedhealth Group via its liaison company--Optum360, was only a contractual vendor of the defendant.

Case Number: _____

shared to other hospital workers, including the patients, medical students, and nursing students. The plaintiff was utterly defamed and slandered due to the falsity of the verbal allegations made by the defendant.

10.   The defendant was iniquitous and recklessly slanderous in:

a.  publicizing orally, by making the false verbal allegations to the plaintiff s manager that the plaintiff, like a deranged individual, "screamed loudly and cussed at everyone inside the hospital for no reason;"

b.  defaming the plaintiff, by making a deliberate falsehood that the plaintiff screamed the words "fucking bitch" to all the hospital workers and publicized it orally to several workers inside the hospital premises; and,

c.  verbally sharing the falsehood to the entire staffs and hospital workers, including the third-party individuals, such as the patients, medical students, and nursing students, by falsely alleging that the plaintiff was "being rude to all the patients all the time."

(see additional page for continuation)

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

(    )        Citing 28 U.S. Code 4101 (1), by definition of defamation "…forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person." Under the law of Arizona, "Any person who publishes a false and defamatory communication concerning a private person or concerning a public official or public figure in relation to a private matter, is subject to liability, if, but only if, he (a) knows that the statement is false and it defames the other, (b) acts in reckless disregard of these matters, or (c) acts negligently in failing to ascertain them." See case of *Antwerp Diamond Exch. of Am., Inc. v. Better Bus. Bureau of Maricopa Cnty.*, Inc., 130 Ariz. 523, 528, 637 P.2d 733, 738 (1981); also, citing cases of *Peagler v. Phx. News., Inc.*, 114 Ariz. 309, 315, 560 P.2d 1216, 1222 (1977); *Dube v. Likins*, 216 Ariz. 406, 417, 167 P.3d 93, 104 (Ct. App. 2007); *Rowland v. Union Hills Cntry. Club*, 157 Ariz. 301, 306, 757 P.2d 105, 110 (Ct. App. 1988). In the present case, the defendant was fully aware that the information orally publicized was blatantly false. The verbal falsehood was spread to everyone inside the hospital. The plaintiff is a private individual and the falsehood publicized verbally was very injurious and defaming. Citing the *Gertz*

Case Number: _____

mandate on Gertz v. Robert Welch, Inc., 418 U.S. 323, 347, 94 S.Ct. 2997, 3010, 41 L.Ed.2d 789, 809 (1974):

580B. Defamation of Private Person
One who publishes a false and defamatory communication concerning a private person, or concerning a public official or a public figure in relation to a private matter, is subject to liability, if, but only if, he(a) knows that the statement is false and that it defames the other, (b) acts in reckless disregard of these matters, or(c) acts negligently in failing to ascertain them. Id. at 315, 560 P.2d at 1222.

( )     The defendant verbally spread the falsehood against the plaintiff.  The law states that, "Publication …. is a word of art, which includes any communication by the defendant to a third person." See case of Saban v. Maricopa Cnty., 1 CA-CV 08-0607, *5, 22, 2010 WL 2977553 (Ariz. Ct. App. July 29, 2010), quoting Restatement (Second) of Torts § 652E, cmt. a (1977); see case of Dube, 216 Ariz. at 417, 167 P.3d at 104. Also, the "Publication for defamation purposes is communication to a third party," citing Morris v. Warner, 160 Ariz. 55, 62, 770 P.2d 359, 366 (Ct. App. 1988); Restatement (Second) of Torts § 577 (1977).

( )     The defendant's irresponsible and malicious verbal dissemination of the falsehood concerning the plaintiff's behavior led to disrepute, contempt, or ridicule, and in return impeached the plaintiff's honesty, integrity, virtue, or reputation." Citing the court's meritorious opinions in the cases of Turner v. Devlin, 174 Ariz. 201, 203-04, 848 P.2d 286, 288-89 (1993), Godbehere v. Phx. News., Inc., 162 Ariz. 335, 341, 783 P.2d 781, 787 (1989), and Burns v. Davis, 196 Ariz. 155, 165, 993 P.2d 1119, 1129 (Ct. App. 1999).

( )     The defendant's slander and defamation arose, to the spread of defamatory statements, after alleging the falsehood that the plaintiff screamed and cussed hospital personnel inside the hospital is contemptible.  Quoting the court's opinion, it stated that "Statements of opinion are actionable when they 'imply a false assertion of fact.'" See case of Milkovich v. Lorain Journal Co., 497 U.S. 1, 18-19, 110 S.Ct. 2695, 2706 (1990).

Case Number: _____

_____

_____

_____

(    )        The defendant verbally spread the slanderous information "of and concerning" the
              plaintiff, further citing the case of Reynolds v. Reynolds, 231 Ariz. 313, 294 P.3d 151,
              155-56 (Ct. App. 2013) _____

_____

(    )        The defendant knew of the defamatory statement's falsity, was negligent of its
              actions; it was all a product of the defendant's imagination.  As cited by the court that
              "Negligence is . . . conduct which creates an unreasonable risk of harm. It is the
              failure to use that amount of care which a reasonably prudent person would use under
              like circumstances" as opined in the case of Peagler, 114 Ariz. at 316, 560 P.2d at
              1223 and St. Amant v. Thompson, 390 U.S. 727, 88 S.Ct. 1323 (1968)).

_____

_____

(    )        _____

_____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue
consecutive numbering.)

## INJURIES

As a result, the plaintiff suffered the following:

(a)           irreparable emotional harm and mental anguish including worry, fear, sleeplessness,
              anxiety, discomfort, and depression, some, or all of which may be permanent in
              nature;

_____

(b)           a complete economic damage on the plaintiff; plaintiff immediately terminated from
              work;

_____

(c)           suffered a total loss of wages of thirty five thousand ($35,000.00) dollars a year, plus
              health benefits and others;

Continue.... INURIES

## INJURIES

 f.  may eventually get evicted from the apartment for non-payment of the house monthly rent of one thousand ($1,200.00) US dollars and other incidentals;

 g.  will not be able to pay car insurance of $145.00 per month;

 h. was disqualified to receive AZ unemployment monetary benefits;

 i.  will not be able to find a decent employment because of the "termination record on the plaintiff's file due to the false allegation, in which it implied "mental issues and bad behavior;"

 j.  may become homeless and experience abject poverty.

Case Number: _____

_____

_____

(d)     will not be able to pay the outstanding US Department of Education student loan debt of over two hundred thousand ($200,000.00) US dollars;

_____

_____

(e)     _____

will not be able to pay outstanding credit card debts of over five thousand ($5,000.00) US dollars;

_____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE,** Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs, and expenses incurred herein, or non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

(     )     The plaintiff demands judgement against the defendant in an amount an excess of ten million ($10,000,000.00) dollars, plus costs.

_____

_____

(     )     _____

_____

(     )     _____

_____

(     )     _____

_____

(     )     _____

**Case Number:** _____

_____

_____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

**Dated this** _APRIL 16, 2021_
*(Date of signature)*

_____
(Signature of Plaintiff or Plaintiff's Attorney)

**In the Superior Court of the State of Arizona**

**In and For the County of** MARICOPA

Case Number CV 2021-006475

| | |
|---|---|
| Is Interpreter Needed? ☐ Yes | CLERK OF THE SUPERIOR COURT FILED C. O'NEILL, DEP |
| If yes, what language(s): | 21 APR 16 PM 4:59 |

## CIVIL COVER SHEET- NEW FILING ONLY
(Please Type or Print)

Plaintiff's Attorney "SELF"

Attorney Bar Number _____

Plaintiff's Name(s): (List all)    Plaintiff's Address:        Phone #:        Email Address:

MYRNA DE JESUS

(List additional Plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List All)

DIGNITY HEALTH CORPORATION DBA ST. JOSEPH'S
HOSPITAL AND MEDICAL CENTER

(List additional Defendants on page two and/or attach a separate sheet)

## RULE 26.2 DISCOVERY TIER OR MONETARY RELIEF CLAIMED:

**IMPORTANT: Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected.** State the monetary amount in controversy or place an **"X"** next to the discovery tier to which the pleadings allege the case would belong under Rule 26.2.

☒ Amount Claimed $ 10,000,000.00        ☐ Tier 1    ☐ Tier 2    ☒ Tier 3

## NATURE OF ACTION

Place an **"X"** next to the **one** case category that most accurately describes your primary case. **Any case category that has an asterisk (*) MUST have a dollar amount claimed or Tier selected as indicated above.**

## 100 TORT MOTOR VEHICLE:

☐ 101 Non-Death/Personal Injury*

☐ 102 Property Damage*
☐ 103 Wrongful Death*

## 110 TORT NON-MOTOR VEHICLE:

- ☐ 111 Negligence*
- ☐ 112 Product Liability – Asbestos*
- ☐ 112 Product Liability – Tobacco*
- ☐ 112 Product Liability – Toxic/Other*
- ☐ 113 Intentional Tort*
- ☐ 114 Property Damage*
- ☐ 115 Legal Malpractice*
- ☐ 115 Malpractice – Other professional*
- ☐ 117 Premises Liability*
- ☒ 118 Slander/Libel/Defamation*
- ☐ 116 Other (Specify) _____*

## 120 MEDICAL MALPRACTICE:

- ☐ 121 Physician M.D.*          ☐ 123 Hospital*
- ☐ 122 Physician D.O*           ☐ 124 Other*

## 130 & 197 CONTRACTS:

- ☐ 131 Account (Open or Stated)*
- ☐ 132 Promissory Note*
- ☐ 133 Foreclosure*
- ☐ 138 Buyer-Plaintiff*
- ☐ 139 Fraud*
- ☐ 134 Other Contract (i.e. Breach of Contract)*
- ☐ 135 Excess Proceeds-Sale*
- ☐ Construction Defects (Residential/Commercial)*
  - ☐ 136 Six to Nineteen Structures*
  - ☐ 137 Twenty or More Structures*
- ☐ 197 Credit Card Debt (Maricopa County Only)*

## 150-199 OTHER CIVIL CASE TYPES:

- ☐ 156 Eminent Domain/Condemnation*
- ☐ 151 Eviction Actions (Forcible and Special Detainers)*
- ☐ 152 Change of Name
- ☐ 153 Transcript of Judgment
- ☐ 154 Foreign Judgment

- ☐ 158 Quiet Title*
- ☐ 160 Forfeiture*
- ☐ 175 Election Challenge
- ☐ 179 NCC-Employer Sanction Action (A.R.S. §23-212)
- ☐ 180 Injunction against Workplace Harassment
- ☐ 181 Injunction against Harassment
- ☐ 182 Civil Penalty
- ☐ 186 Water Rights (Not General Stream Adjudication)*
- ☐ 187 Real Property *
- ☐ Special Action against Lower Courts
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 194 Immigration Enforcement Challenge
  (A.R.S. §§1-501, 1-502, 11-1051)

## 150-199 UNCLASSIFIED CIVIL:

- ☐ Administrative Review
  (See Lower Court Appeal cover sheet in Maricopa)
- ☐ 150 Tax Appeal
  (All other tax matters must be filed in the AZ Tax Court)
- ☐ 155 Declaratory Judgment
- ☐ 157 Habeas Corpus
- ☐ 184 Landlord Tenant Dispute – Other*
- ☐ 190 Declaration of Factual Innocence (A.R.S. §12-771)
- ☐ 191 Declaration of Factual Improper Party Status
- ☐ 193 Vulnerable Adult (A.R.S. §46-451)*
- ☐ 165 Tribal Judgment
- ☐ 167 Structured Settlement (A.R.S. §12-2901)
- ☐ 169 Attorney Conservatorships (State Bar)
- ☐ 170 Unauthorized Practice of Law (State Bar)
- ☐ 171 Out-of-State Deposition for Foreign Jurisdiction
- ☐ 172 Secure Attendance of Prisoner
- ☐ 173 Assurance of Discontinuance
- ☐ 174 In-State Deposition for Foreign Jurisdiction
- ☐ 176 Eminent Domain– Light Rail Only*
- ☐ 177 Interpleader– Automobile Only*
- ☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
- ☐ 183 Employment Dispute- Discrimination*

☐ 185 Employment Dispute-Other*

☐ 196 Verified Rule 45.2 Petition

☐ 195(a) Amendment of Marriage License

☐ 195(b) Amendment of Birth Certificate

☐ 163 Other*

_____
(Specify)

### EMERGENCY ORDER SOUGHT

☐ Temporary Restraining Order      ☐ Provisional Remedy      ☐ OSC      ☐ Election Challenge

☐ Employer Sanction      ☐ Other (Specify) _____

### COMMERCIAL COURT (Maricopa County Only)

☐ This case is eligible for the Commercial Court under Rule 8.1, and Plaintiff requests assignment of this case to the Commercial Court. More information on the Commercial Court, including the most recent forms, are available on the Court's website at:

https://www.superiorcourt.maricopa.gov/commercial-court/.

**Additional Plaintiff(s):**

_____

_____

**Additional Defendant(s):**

_____

_____

Person Filing: _MAYRNA DE JESUS_

Address (if not protected): _____

City, State, Zip Code: _____

Telephone: _321-901-0971_

Email Address: _____

Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

21 APR 16 PM 4:40

For Clerk's Use Only

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_MAYRNA DE JESUS_

**Name of Petitioner/Plaintiff**

Case Number: _CV2021-006475_

_DIGNITY HEALTH CORPORATION
DBA ST. JOSEPH'S HOSPITAL
& MEDICAL CENTER_

**Name of Respondent/Defendant**

**APPLICATION FOR DEFERRAL OR WAIVER OF COURT FEES OR COSTS AND CONSENT TO ENTRY OF JUDGMENT**

STATE OF ARIZONA        )

COUNTY OF _MARICOPA_ ) ss.

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

I am requesting a deferral or waiver of all fees including: filing a case, issuance of a summons or subpoena,  the cost of attendance at an educational program required by A.R.S. § 25-352, one certified copy of a temporary order in a family law case, one certified copy of the court's final order, preparation of the record on appeal, court reporter's fees of reporters or transcribers, service of process costs, and/or service by publication costs. (I have completed the separate Supplemental Information form if I am asking for service of process costs, or service by publication costs.) I understand that if I request deferral or waiver because I am a participant in a government assistance program, I am required to provide proof at the time of filing. The document(s) submitted must show my name as the recipient of the benefit and the name of the agency awarding the benefit. **Note. All other applicants must complete the financial questionnaire beginning at section 3. If you are a participant in one of the programs in section 1 or 2 (below), you do not need to complete the financial questionnaire, and can proceed to the signature page.**

1.  [ ] **DEFERRAL:** I receive government assistance from the state or federal program marked below or am represented by a not for profit legal aid program:

    [ ] Temporary Assistance to Needy Families (TANF)
    [ ] Food Stamps
    [ ] Legal Aid Services

2.  ☒ **WAIVER:**

    [ ] I receive government assistance from the federal Supplemental Security Income (SSI) program.

Case Number: _____

**3. FINANCIAL QUESTIONNAIRE**
**SUPPORT RESPONSIBILITIES.** List all persons you support (including those you pay child support and/or spousal maintenance/support for):

| NAME | RELATIONSHIP |
|------|--------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

**STATEMENT OF INCOME AND EXPENSES**

Employer name: _____

Employer phone number: _____

☑ I am unemployed (explain): I WAS TERMINATED FROM THE JOB

My prior year's gross income:                          $ 35,000 00

**MONTHLY INCOME**

My total monthly gross income:   no income   $ 0,00,00

My spouse's monthly gross income (if available to me):   $ _____

Other current monthly income, including spousal maintenance/support,
retirement, rental, interest, pensions, and lottery winnings:   $ _____

**TOTAL MONTHLY INCOME**                          $ 0,000,00

**MONTHLY EXPENSES AND DEBTS:** My monthly expenses and debts are:

| | PAYMENT AMOUNT | LOAN BALANCE |
|---|---|---|
| Rent/Mortgage payment | $ 1,200.00 | $ 250,000 00 |
| Car payment | $ _____ | $ _____ |
| Credit card payments | $ 200.00 | $ _____ |
| Explain: _____ | | |
| Other payments & debts | $ _____ | $ _____ |
| Household | $ _____ | |
| Utilities/Telephone/Cable | $ 500.00 | |
| Medical/Dental/Drugs | $ _____ | |
| Health insurance | $ _____ | |
| Nursing care | $ _____ | |
| Tuition | $ 300.00 / MONTH | |
| Child support | $ _____ | |
| Child care | $ _____ | |
| Spousal maintenance | $ _____ | |
| Car insurance | $ 125.00 | |
| Transportation | $ _____ | |
| Other expenses (explain) | $ 150.00 | |

**TOTAL MONTHLY EXPENSES**                          $ _____

Case Number: _____

**STATEMENT OF ASSETS:** List only those assets available to you and accessible without financial penalty.

|  | ESTIMATED VALUE |
|---|---|
| Cash and bank accounts | $ _200_ |
| Credit union accounts | $_____ |
| Other liquid assets | $_____ |
| **TOTAL ASSETS** | $_____ |

## The basis for the request is:

**4.  [ ] DEFERRAL:**

**A.  [ ]** My income is insufficient or is barely sufficient to meet the daily essentials of life, and includes no allotment that could be budgeted for the fees and costs that are required to gain access to the court. My gross income as computed on a monthly basis is 150% or less of the current federal poverty level. (Note: Gross monthly income includes your share of community property income if available to you.)

OR

**B.  [X]** I do not have the money to pay court filing fees and/or costs now. I can pay the filing fees and/or costs at a later date. **Explain.**

_____

_____

OR

**C.  [ ]** My income is greater than 150% of the poverty level, but have proof of extraordinary expenses (including medical expenses and costs of care for elderly or disabled family members) or other expenses that reduce my gross monthly income to 150% or below the poverty level.

| DESCRIPTION OF EXPENSES | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| **TOTAL EXTRAORDINARY EXPENSES** | $_____ |

**5.  [X] WAIVER:**

I am permanently unable to pay.  My income and liquid assets are insufficient or barely sufficient to meet the daily essentials of life and are unlikely to change in the foreseeable future.

---

**IMPORTANT**

This *"Application for Deferral or Waiver of Court Fees or Costs"* includes a *"Consent to Entry of Judgment."*  By signing this Consent, you agree a judgment may be entered against you for all fees and costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.  At the conclusion of the case you will receive a *Notice of Court Fees and Costs Due* indicating how much is owed and what steps you must take to avoid a judgment against you if you are still participating in a qualifying program. You may be ordered to repay any amounts that were waived if the court finds you were not eligible for the fee deferral or waiver. If your case is dismissed for any reason, the fees and costs are still due.

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

GNF11f - 060115
Use current version

Case Number: _____

**CONSENT TO ENTRY OF JUDGMENT.** By signing this Application, I agree that a judgment may be entered against me for all fees or costs that are deferred but remain unpaid thirty (30) calendar days after entry of final judgment.

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

APRIL 16, 2021
_____
Date

_____
Signature

MYRNA DE JESUS
_____
Applicant's Printed Name

JEFF FINE, CLERK

APR 16 2021
_____
Date

_____
Judicial Officer, Deputy Clerk or Notary Public
C. O'Neill
Deputy Clerk

_____
My Commission Expires Seal

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ADW

Page 4 of 4

GNF11f - 060115
Use current version

Person Filing: _MARINA DE JESUS_

Address (if not protected): _____

City, State, Zip Code: _____

Telephone: _321 507 8471_

Email Address: _____

Lawyer's Bar Number: _____

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

21 APR 16 PM 4:48

For Clerk's Use Only

Representing [X] Self, without a Lawyer   or   [ ] Attorney for   [ ] Petitioner   OR   [ ] Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

_MARINA DE JESUS_

**Name of Petitioner/Plaintiff**

_DIGNITY HEALTH CORPORATION_
_DBA ST. JOSEPH'S HOSPITAL &_
**Name of Respondent/Defendant**
_MEDICAL CENTER_

Case Number: _CV 2021-006475_

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR DEFERRAL OR WAIVER OF SERVICE OF PROCESS FEES**

STATE OF ARIZONA )
COUNTY OF _MARICOPA_ ) ss.

---

**NOTE: FILL OUT THIS FORM ONLY IF YOU REQUESTED DEFERRAL OR WAIVER OF SERVICE COSTS IN THE APPLICATION. YOU MUST HAVE ATTEMPTED PERSONAL SERVICE OR HAVE A VALID REASON FOR NOT DOING SO. SERVICE BY PUBLICATION IS USED AS A LAST RESORT.**

---

**Notice.** A Fee Deferral is only a temporary postponement of the payment of the fees due. You may be required to make payments depending on your income. A Fee Waiver is usually permanent unless your financial circumstances change during the pendency of this court action.

**I have requested a deferral or waiver of the following fees in my case:**

[X] **Fees for service of process by a sheriff, marshal, constable, or law enforcement agency:** In support of my request, I state that (check and complete any that apply):

[ ] I have attempted to obtain voluntary acceptance of service of process without success on the person to be served.

[ ] It would be useless or dangerous for me to try to obtain voluntary acceptance of service by the person to be served because (explain):

_____

_____

[ ] An enforceable injunction against harassment has been granted to me against the person to be served.

Case Number: _____

[ ] **Fees for publication:** In support of my request, I state that I have attempted to locate the person to be served but I have been unable to locate that person (check and complete any that apply):

    [ ] This is what I did to try to find the other party (explain):

        _____

        _____

    [ ] I have contacted the person(s) listed below to try to find the location of the other party.

        **NAME**                **ADDRESS**

        _____

        _____

## OATH OR AFFIRMATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: _APRIL 16, 2021_          _____

                               Signature

                               _____

                               Applicant's Printed Name

## INFORMATION FOR SERVICE

**You must provide the following information:**

To the best of my knowledge, as of (date) _APRIL 16, 2021_ the last known address of the person to be served as: _DIGNITY HEALTH CORPORATION DBA ST JOSEPH'S HOSPITAL & MEDICAL CENTER_

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

GNF21f - 090114
Use current version

Person Filing: MYRNA DE JESUS
Address (if not protected):_____
City, State, Zip Code:_____
Telephone: 321 507 0771
Email Address:_____
Lawyer's Bar Number:_____

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

21 APR 16 PM 4 52
For Clerk's Use Only

Representing ☒ Self, without a Lawyer   or   ☐ Attorney for   ☐ Petitioner   OR   ☐ Respondent

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

MYRNA DE JESUS
**Name of Petitioner/Plaintiff**

Case Number: CV 2021-006475

**ORDER REGARDING DEFERRAL OR WAIVER
OF COURT FEES AND COSTS AND
NOTICE REGARDING CONSENT JUDGMENT**

DIGNITY HEALTH CORP.
DBA ST. JOSEPH'S HOSPITAL
AND MEDICAL CENTERS
**Name of Respondent/Defendant**

---

| NOTE: ONLY FILL OUT THE ABOVE INFORMATION. THE COURT WILL FILL OUT THE REST OF THE FORM. |
|---|

**THE COURT FINDS** that the applicant (print name) Myrna De Jesus :

1   ☒ IS NOT ELIGIBLE FOR A DEFERRAL of fees and/or costs.

**OR**

2. ☒ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on financial eligibility.  As required by
state    law, the applicant has signed a consent to entry of judgment.

**OR**

3. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

4. ☐ IS ELIGIBLE FOR A DEFERRAL of fees and/or costs based on good cause shown.  As required by
state law, the applicant has signed a consent to entry of judgment.

**OR**

5. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs because the applicant is permanently unable to
pay (A.R.S. § 12-302(D)).

**OR**

6. ☐ IS ELIGIBLE FOR A WAIVER of fees and/or costs at the court's discretion (A.R.S. § 12-302(L)).

**OR**

Case Number: _____

**7.** ☐ IS NOT ELIGIBLE FOR A WAIVER of fees and/or costs.

## IT IS ORDERED:

☐ **DEFERRAL IS DENIED** for the following reason(s):

☐ The application is incomplete because _____

**You are encouraged to submit a complete application.**

☐ The applicant does not meet the financial criteria for deferral because _____

_____

**A deferral MUST BE granted if the applicant is receiving public assistance benefits from the Temporary Assistance to Needy Families (TANF) program or Food Stamps; presents documentation they are currently receiving services from a non-profit legal services organization; has an income that is insufficient or barely sufficient to meet the daily essentials of life and that includes no allotment that could be budgeted to pay the fees and costs necessary to gain access to the court; or, if the applicant demonstrates other good cause.**

☒ **DEFERRAL IS GRANTED** for the following fees and/or costs in this court:

☒ Any or all filing fees; fees for the issuance of either a summons and subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☒ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**IF A DEFERRAL IS GRANTED, PLEASE CHECK ONE OF THE FOLLOWING BOXES:**

☒ **NO PAYMENTS WILL BE DUE UNTIL FURTHER NOTICE.**

☐ **SCHEDULE OF PAYMENTS.**
The applicant shall pay $_____ each _____ (week, month etc.) until paid in full, beginning _____.

☐ **WAIVER IS DENIED** for all fees and/or costs in this case.

☐ **WAIVER IS GRANTED** for all fees and/or costs in this case that may be waived under A.R.S. § 12-302(H).

☐ Any or all filing fees; fees for the issuance of either a summons or subpoena; or the cost of attendance at an educational program required by A.R.S. § 25-352, fees for obtaining one certified copy of a temporary order in a domestic relations case or a final order, judgment or decree in all civil proceedings.

☐ Fees for service of process by a sheriff, marshal, constable or law enforcement agency.

Case Number: _____

☐ Fees for service by publication.

☐ Filing fees and photocopy fees for the preparation of the record on appeal.

☐ Court reporter or transcriber fees if employed by the court for the preparation of the transcript.

**RIGHT TO JUDICIAL REVIEW.** If the application is denied or a payment schedule is set by a special commissioner, you may request the decision be reviewed by a judicial officer. The request must be made within twenty (20) days of the day the order was mailed or delivered to you. If a schedule of payments has been established, payments shall be suspended until a decision is made after judicial review. Judicial review shall be held as soon as reasonably possible.

**NOTICE REGARDING CONSENT JUDGMENT.** Unless any of the following applies, a consent judgment may be entered against the applicant for all fees and costs that are deferred and remain unpaid thirty (30) days after entry of final judgment:

   **A.** Fees and costs are taxed to another party;

   **B.** The applicant has an established schedule of payments in effect and is current with those payments;

   **C.** The applicant filed a supplemental application for waiver or further deferral of fees and costs and a decision by the court is pending;

   **D.** In response to a supplemental application, the court orders that the fees and costs be waived or further deferred; or

   **E.** Within twenty (20) days of the date the court denies the supplemental application, the applicant either:

      1. Pays the fees and costs; or,

      2. Requests a hearing on the court's order denying further deferral or waiver. If the applicant requests a hearing, the court cannot enter the consent judgment unless a hearing is held, further deferral or waiver is denied, and payment has not been made within the time prescribed by the court.

If an appeal is taken, a consent judgment for deferred fees and costs that remain unpaid in the lower court shall not be entered until thirty (30) days after the appeals process is concluded. The procedures for notice of court fees and costs and for entry of a consent judgment continue to apply. If a consent judgment is signed and the applicant pays the fees and costs in full, the court is required to comply with the provisions of A.R.S. § 33-964(C).

**DUTY TO REPORT CHANGE IN FINANCIAL CIRCUMSTANCES.** An applicant who is granted a deferral or waiver shall promptly notify the court of any change in financial circumstances during the pendency of the case that would affect the applicant's ability to pay court fees and costs. Any time the applicant appears before the court on this case, the court may inquire as to the applicant's financial circumstances.

DATED: ___APR 1 6 2021___

                  C. O'Neill
                  ~~Deputy Clerk~~

      ☐ Judicial Officer    ☒ Special Commissioner

---

I CERTIFY that I mailed/delivered/provided a copy of this document to:

☑ Applicant ☐ at the above address ☒ in court

☐ Applicant's attorney ☐ at the above address ☐ in court

                              C. O'Neill
                              Deputy Clerk

Date: __APR 1 6 2021__          By: _____
                                  Clerk

---

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
ODF

GNF18f – 050119
Use current version

**DO NOT PUT YOUR PROTECTED ADDRESS ANYWHERE ON THIS PAGE! THIS PAGE IS A PUBLIC RECORD**

Name: MARINA DE JESUS

In this case I am ☑ Petitioner ☐ Respondent.

**ADDRESS PROTECTED**

CLERK OF THE
SUPERIOR COURT
FILED
C. O'NEILL, DEP

21 APR 16 PM 4: 50

FOR CLERK'S USE ONLY

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

MARINA DE JESUS

Petitioner / Party A

DIGNITY HEALTH CORPORATION DBA ST. JOSEPH'S HOSPITAL

Respondent / Party B AND MEDICAL CENTER

Case No. CV 2021-006475

ATLAS No. _____

## REQUEST FOR PROTECTED ADDRESS

I request the court to order that my address be protected from public disclosure, including disclosure to the opposing party(ies) in this case.

I reasonably believe that physical or emotional harm may result to me or my minor child(ren) if my address is not protected from disclosure, for the following reasons:

☐ **I have a valid Order of Protection against the other party in place issued by the following court**: (list the name of the Court below)

_____

OR

☑ **Other.** It is **REQUIRED** that you state your reasons why you need a protected address on the blank lines below, adding additional pages if needed. A judicial officer may deny this Request if you do not explain why you need a protected address.

I LIVE BY MYSELF. I HAVE NO FRIENDS & RELATIVES IN ARIZONA. I AM BE STALKED OR FOLLOWED BY SOME UNKNOWN INDIVIDUALS. I HAVE THAT STATED W/ FRIENDS OUTSIDE ARIZONA. THEREFORE, I NEED MY ADDRESS NOT REVEALED IN PUBLIC.

I have listed my address on a separate sheet of paper for court use.

I understand that I have a continuing duty to provide the clerk of the court with a current and correct mailing address where I can be served with process until one of the events stated in Rule 7(D), Arizona Rules of Family Law Procedure occurs.

APRIL 16, 2021

Date

Requester's Signature

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

DRRPA10f-112917

**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

Lindsay J. Fiore, SBN 026382, FioreL@gtlaw.com
Shalayne L. Pillar, SBN 034066, PillarS@gtlaw.com
*Attorneys for Defendant Dignity Health Corporation*
*dba St. Joseph's Hospital and Medical Center*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MYRNA DE JESUS,<br><br>            Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH CORPORATION dba ST. JOSEPH'S HOSPITAL AND MEDICAL CENTER,<br><br>            Defendant. | No. CV2021-006475<br><br>**NOTICE OF APPEARANCE**<br><br>(Assigned to Hon. Michael Kemp) |

PLEASE TAKE NOTICE that Lindsay J. Fiore and Shalayne L. Pillar of the law firm of Greenberg Traurig, LLP, hereby enter their appearance as counsel of record in the above-captioned action on behalf of Defendant Dignity Health Corporation dba St. Joseph's Hospital and Medical Center ("Defendant"), and hereby request that all notices given or required to be given to Defendant, and all papers served or required to be served on Defendant in the above-captioned action, be given and served upon:

Lindsay J. Fiore
Shalayne L. Pillar
GREENBERG TRAURIG, LLP
2375 East Camelback Road, Suite 700
Phoenix, Arizona 85016
FioreL@gtlaw.com
PillarS@gtlaw.com

ACTIVE 57454765v1

This request encompasses all notices, copies, and pleadings, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise.

DATED this 12th day of May 2021.

GREENBERG TRAURIG, LLP

By:   /s/ Lindsay J. Fiore
Lindsay J. Fiore
Shalayne L. Pillar
*Attorneys for Defendant Dignity Health Corporation dba St. Joseph's Hospital and Medical Center*

ORIGINAL of the foregoing e-filed with the Clerk of Court this 12th day of May 2021.

COPY of the foregoing electronically distributed this 12th day of May 2021 to:

Hon. Michael Kemp

COPY of the foregoing served via TurboCourt e-Service and E-Mail this 12th day of May 2021 to:

Myrna de Jesus
Plaintiff Pro Per
s2madeje@alumni.vcu.edu

/s/ Barrie Peagler

ACTIVE 57454765v1

2

# MARICOPA COUNTY SHERIFF'S OFFICE

Civil Process Section
111 South 3rd Avenue, 2nd Floor
Phoenix, Arizona 85003-2292

CLERK OF THE
SUPERIOR COURT
RECEIVED CCB #1
DOCUMENT DEPOSITORY

**2021 MAY 13  PM 3: 58**

Myma de Jesus
vs.
Dignity Health Corporation dba St. Joseph's Hospital
and Medical Center

FILED
BY J. CARDENAS, DEP

| | | |
|---|---|---|
| STATE OF ARIZONA | ) | CV2021-006475 |
| | ) ss. | |
| County of Maricopa | ) | 21003745 |

I hereby certify that I received the within documents on the **19th** day of **April A.D. 2021** at the hour of **2:25 PM,** and served the same on the **29th** day of **April A.D. 2021** on **Dignity Health Corporation** being said defendant(s) named in said documents, by delivering to **Maria Martinez, Clerk, CT Corporation System,** who is authorized to accept service, at **3800 North Central Avenue, Suite 460, Phoenix, AZ 85012** at **11:15 AM** in the County of Maricopa, a copy of said **Summons, Civil Complaint.**

**Dated this 29th day of April A.D. 2021.**

| | |
|---|---|
| Service | $16.00 |
| Mileage | $16.00 |
| Mileage | $16.00 |
| Mileage | $16.00 |
| | |
| Total | $64.00 |

PAUL PENZONE
Maricopa County Sheriff

# 769

By _____
Deputy D. Doyle #S0769

B4307

**Person Filing: Lindsay J. Fiore**
**Telephone Number: (602) 445-8000**
**Bar Number:   026382, Issuing State AZ**

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
5/14/2021 3:54:43 PM
Filing ID 12896523

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MARICOPA

**De Jesus Vs. Dignity Health Corporation**

**CREDIT MEMO**

**Case Number: CV2021006475**

**Form Set #5702834**

```
RECEIVED FROM:  Lindsay J. Fiore
PAYMENT FOR:    Dignity Health Corporation


PAYMENT IS FOR THE FOLLOWING:
        [X]  105 First Appearance Filing Fee


AMOUNT OF DEPOSIT:    $245.00
HOW PAID:
        [X]  EFILED
```

AZturboCourt.gov Form Set #5702834