**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Myrna de Jesus,

             Plaintiff,

v.

Dignity Health Corporation,

             Defendant.

No. CV-21-00926-PHX-DWL

**ORDER**

Pending before the Court is a motion by *pro se* Plaintiff Myrna de Jesus ("Plaintiff") to compel Defendant Dignity Health Corporation ("Defendant") "and all of its listed witnesses to undergo a polygraph examination to verify that Defendant and all its potential witnesses' statements are not criminally liable under the laws of perjury and/or perjury under inconsistent statement." (Doc. 65.)  Plaintiff contends that, because she is "financially incapacitated" and was thus unable to depose any of the witnesses identified in Defendant's disclosures before the close of the discovery period, all of those witnesses "should be ordered to undergo a lie detector test immediately to check the accuracy, consistency, preciseness, and reputability of their . . . statements." (*Id.* at 3-6.)

The motion is denied for the many reasons identified in Defendant's response. (Doc. 66.)  It is untimely, fails to comply with the discovery-dispute procedure set out in the scheduling order, and is substantively meritless.

The Court also denies, in its discretion, Defendant's request for an award of attorneys' fees and costs but cautions Plaintiff that she may be held responsible for such

fees and costs in the future if she continues filing frivolous and procedurally improper motions.

Accordingly,

**IT IS ORDERED** that Plaintiff's polygraph motion (Doc. 65) is **denied**.

Dated this 29th day of March, 2022.

_____
Dominic W. Lanza
United States District Judge