**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Myrna de Jesus,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UnitedHealth Group,<br><br>　　　　Defendant. | No. CV-21-00926-PHX-DWL<br><br>**ORDER** |

In April 2021, Plaintiff filed this defamation action, seeking $10 million in damages. In January 2023, the Court granted Defendant's motion for summary judgment and entered judgment in Defendant's favor. (Doc. 97.) In September 2024, the Ninth Circuit affirmed. (Doc. 102.) Plaintiff has now filed a motion to seal the entire case file in this closed case and to remove "case information from public platforms such as the internet and public records databases." (Doc. 104.) According to Plaintiff, this relief is necessary to address her "substantial privacy and security concerns." (*Id.*)

Plaintiff's request is denied. *See, e.g., Coppinger v. Don Sanderson Ford Inc.*, 2025 WL 10000738 (D. Ariz. 2025) (denying plaintiff's belated motion to seal the complaint, because "[w]here a party puts certain information at issue, that party's ability to claim a privacy interest in that information is weakened," and further noting that "once information is public, it is no longer confidential—a belated decision that publishing information on the public docket was unwise does not provide good cause, let alone a compelling reason, to retroactively seal documents that have long been part of the public record") (cleaned

up); *Low v. Bartolotti*, 2021 WL 2637318, *2-3 (D. Hawaii 2021) (noting that "although some circumstances merit the denial of public access to certain court documents or judicial records, those circumstances are limited—extremely limited in the instance of sealing an *entire* case file" and denying sealing request because the movant's "conclusory" allegations of harm were "simply not enough to overcome the heightened scrutiny required for a court to seal an entire civil case file") (cleaned up).

Accordingly,

**IT IS ORDERED** that:

1. Plaintiff's motion to seal (Doc. 104) is **denied**.

2. This case remains **closed**.

Dated this 24th day of June, 2025.

_____
Dominic W. Lanza
United States District Judge